[No. 59464-8-I. Division One. June 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND THOMAS PROKOP, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 06-1-00159-2, Alan R. Hancock, J., entered January 8, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Becker, J.

[No. 59539-3-I. Division One. June 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON BERNARD CROFTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09946-8, Douglas D. McBroom, J., entered February 9, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox and Appelwick, JJ.

[No. 59619-5-I. Division One. June 2, 2008.]

*In the Matter of the Detention of* DENNIS ERIK LAW.

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS ERIK LAW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-30022-1, Linda Lau, J., entered February 7, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox and Appelwick, JJ. Now published at 146 Wn. App. 28.

[No. 59636-5-I. Division One. June 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID OMO OBIEROMA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08266-1, Richard McDermott, J., entered March 5, 2007. *Affirmed* by unpublished per curiam opinion.